# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENNA RIBAK <br><br> PLAINTIFF(S) <br><br> v. <br><br> GRANDE COSMETICS, LLC <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:21–cv–07973–SB–JC <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| __10/6/2021__ | __1__ | __Complaint__ |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

The caption on the document uploaded to the docket entry number referenced above does not match the case information on the docket (e.g., case title, case number, document name, etc.). The Court may 1) order an amended or corrected document to be filed, 2) order the document stricken, or 3) take other action the Court deems appropriate. You may file a Notice of Errata attaching a corrected version of the document, but you are not required to take any action to correct this deficiency unless the Court so directs.

*Other Error(s):*

Clerk, U.S. District Court

Dated: __October 6, 2021__        By: __/s/ *Geneva Hunt*  geneva_hunt@cacd.uscourts.gov__
                                           Deputy Clerk